# CRIMINAL COMPLAINT
(Submitted Electronically)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br><br>**Steven Charles Aguilar, Jr.**<br>DOB: 1981; Unites States Citizen | DOCKET NO.<br><br><br>MAGISTRATE'S CASE NO.<br><br>25-02023MJ |

Complaint for a violation of Title 18, United States Code, § 751(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 21, 2025, at or near Florence, in the District of Arizona, the defendant, **Steven Charles Aguilar, Jr.**, did knowingly escape from the custody of Behavioral Systems Southwest (RRC), an institutional facility located at 950 E. Diversion Dam Road, Florence, Arizona, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona under case number CR-24-01670-TUC-RM (MAA) upon conviction for the commission of the offense of Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, Sections § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 751(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about October 8, 2024, **Steven Charles AGUILAR, JR.**, was sentenced to the custody of the Attorney General for a term of eighteen months (18) months pursuant to his conviction for the commission of the offense of Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, Sections § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) under case number CR-24-01670-TUC-RM (MAA) in the United States District Court for the District of Arizona. Pursuant to his 18-month commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, **AGUILAR, JR.** was designated to serve a portion of his sentence at Behavioral Systems Southwest (RRC), an institutional facility located at 950 E. Diversion Dam Road, Florence, Arizona.

On May 21, 2025, at approximately 6:58a.m., **AGUILAR, JR.** departed FCI Berlin to be transferred to Boston Logan Airport by way of Concord Coach Trailways. **AGUILAR, JR.** arrived at Boston Logan Airport and boarded American Airlines flight AA1850 at 4:54p.m. This was a non-stop flight to Phoenix, Arizona, arriving at 7:40p.m. **AGUILAR, JR.** was then to be transported to Behavioral Systems Southwest (RRC), an institutional facility located at 950 E. Diversion Dam Road, Florence, Arizona, via taxi with an arrival time of 10:00p.m.

**AGUILAR, JR.** was placed on escape status by the Bureau of Prisons. As of May 23, 2025, **AGUILAR, JR.** has not arrived and his current whereabouts are unknown.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Deputy U.S. Marshal Tanner Dobson |
|---|---|
| Subscribed to and sworn before me telephonically. ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3 and 54<br>Reviewing AUSA R. Arellano | DATE<br>May 23, 2025 |